IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AUBREY CLIFTON TRAIL and BAILEY MARIE BOSWELL,

    Defendant.

4:17CR 3143

INDICTMENT
18 U.S.C. § 2314 & 2

The Grand Jury charges that

## COUNT I

On or about the 20th day of October, 2017, in the District of Nebraska, AUBREY CLIFTON TRAIL and BAILEY MARIE BOSWELL, did unlawfully transport, transmit, and transfer, and caused to be transported, transmitted and transferred, in interstate commerce from Hiawatha, Kansas, to Beatrice, Nebraska, stolen goods, wares, and merchandise, that is U.S. Currency of the value of $5,000.00 or more, knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Section 2314 and 2.

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL #16925
Assistant United States Attorney