IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAILEY MARIE BOSWELL,<br><br>Defendants. | 4:17CR3143<br><br>ORDER |

Defendant Bailey Marie Boswell has moved to continue the pretrial motion deadline, (Filing No. 50), because Defendant needs additional time to investigate this case and prepare for trial. The government does not oppose the motion to continue. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Boswell's motion to continue, (Filing No. 50), is granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before March 8, 2018, with any response due on or before March 15, 2018.

3) **As to both defendants**, trial of this case remains scheduled to commence on March 26, 2018.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between February 21, 2018 and March 8, 2018, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as

provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

February 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge