IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BAILEY M. BOSWELL,<br><br>Defendant, | 4:17CR3143<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Great Western Bank, Attn: Corporate HQ-Legal Dept., 225 S Main Ave, Sioux Falls, SD 57104.

IT IS HEREBY ORDERED that motion for release of garnishment is granted. (Filing No. 155). The garnishment against Great Western Bank, is released.

DATED this 1st day of March, 2021.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge