IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BAILEY M. BOSWELL,<br><br>                Defendant, | 4:17CR3143<br><br>ORDER TO RELEASE GARNISHMENT |

      This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Farmers Bank of Northern Missouri, Attn: Main Branch-Legal Dept., 1604 Main Street, PO Box 186, Unionville, MO 63565.

      IT IS HEREBY ORDERED that Motion for Release of Garnishment, Filing No. 158, is granted. The garnishment against Farmers Bank of Northern Missouri, is released.

      DATED this 10th day of March, 2021.

                                                  BY THE COURT:

                                                  _____
                                                  CHERYL R. ZWART
                                                  United States Magistrate Judge